UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON GLOVER,

      Plaintiff,         CIVIL ACTION NO. 05-CV-72484-DT

vs.

         DISTRICT JUDGE BERNARD A. FRIEDMAN

MORTGAGE ELECTRONIC    MAGISTRATE JUDGE MONA K. MAJZOUB
REGISTRATION SYSTEMS INC.,
COUNTRYWIDE HOME LOANS,
AND TROTT& TROTT ASSOCIATES,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS (DOCKET # 4 & 5) FOR MORE DEFINITE STATEMENT AND HOLDING IN ABEYANCE PLAINTIFF'S MOTION TO RESCIND CONTRACT DUE TO FRAUD (DOCKET # 6)

      Plaintiff filed the instant complaint in Wayne County Circuit Court and Defendants later removed the case to this Court. Before the Court are Defendants' Motions for More Definite Statement to which Plaintiff filed a response styled as a Motion for Relief Via Interlocutory Summary Judgment. Also before the Court is Plaintiff's Motion to Rescind Contract Due to Fraud. On September 22, 2005, Defendants, through counsel, and Plaintiff, proceeding *pro se*, presented oral arguments on the matters. Having considered the foregoing, **IT IS THEREFORE ORDERED** that Defendants' Motions for More Definite Statement are **GRANTED**. Plaintiff has twenty-one (21) days from the date of this order during which time he must file an amended complaint in conformity with the Federal Rules of Civil Procedure. **IT IS FURTHER ORDERED THAT** Plaintiff's Motion to Rescind Contract Due to Fraud is held in abeyance until after Plaintiff has filed an amended complaint.

      **IT IS SO ORDERED.**

Dated: September 22, 2005        s/ Mona K. Majzoub
                                                  MONA K. MAJZOUB
                                                  UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

    I hereby certify that a copy of this Order was served upon Carlton Glover and Counsel of Record on this date.

Dated: September 22, 2005                s/ Lisa C. Bartlett
                                                     Courtroom Deputy